UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN,<br>          Plaintiff,<br>    v.<br>ELIA ORTIZ,<br>          Defendant. | Case No. 20-cv-03356-SI<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 18, 2020

_____
SUSAN ILLSTON
United States District Judge